DANIEL J. BRODERICK, #89424
Federal Defender
JEROME PRICE, CA Bar #282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRENT DILLARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 5:12-cr-00004 JLT |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| BRENT DILLARD, | ) | |
| Defendant. | ) | |

The above-named defendant has agreed to complete a drug education and counseling course in accordance with California Penal Code § 1000 in Los Angeles County within six months of September 4, 2012.

**IT IS HEREBY ORDERED** that the defendant be referred to complete a drug diversion class at:

The High Road Program
44823 Date Avenue
Lancaster, CA        93534
(661) 942-2241
(661) 942-7040 Fax
www.highroadprogram.org

**ORDER**

IT IS SO ORDERED.

Dated:   **October 5, 2012**                              /s/ Jennifer L. Thurston
                                                                              UNITED STATES MAGISTRATE JUDGE